IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| v. | * |
| | Case Number: 5:21-cr-00009-MTT-CHW-1 |
| TRAVIS ROBINSON, | * |
| Defendant. | * |

O R D E R

Pursuant to an Appearance Bond dated March 16, 2021, Defendant was released on bond following the payment into the registry of the Court of the sum of $2,000.00. The conditions of the Appearance Bond have now been met and the Clerk is directed to disburse from the registry of the Court the sum of $2,000.00, plus all accrued interest less any amounts necessary for administrative fees of the Court to: Annie Raines

This 21st day of March, 2022

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF
UNITED STATES DISTRICT JUDGE